# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **ENGINEERED BY SCHILDMEIER, LLC** ) | Cause No: 1:18-cv-03239-RLY-MJD |
| Plaintiff ) | MOTION FOR DEFAULT JUDGMENT |
| V. ) | |
| **WUHU XUELANG AUTO PARTS CO., LTD** ) | |
| **AMAZING PARTS WAREHOUSE** ) | |
| **dba as several names** ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT

Both of the Defendants, WUHU Xuelang Auto Parts Co., LTD and Amazing Parts Warehouse (hereinafter "Defendants"), having failed to plead or otherwise defend in this action, and default having been entered, upon application of Plaintiff Engineered by Schildmeier, LLC, ("Schildmeier"), it is hereby

ORDERED, ADJUDGED, and DECREED that Schildmeier is granted the following:

a) Judgment that Schildmeier's *Pair of Bed Rail Stake Pocket Covers*, as depicted below, and any colorable imitations thereof (examples shown) sold under any different name or affiliate infringe Schildmeier's United States Patent No. D 816584 (the "'584 Patent");



Exact Copy (≈50%)    Wide Flange (≈ 20%)    Slot side (≈20%)    Squared Flange (≈10%)

b) Judgment that Defendants have infringed Schildmeier's trade dress and violated Section 43(a) of the Lanham Act;

c) Defendants, WUHU Xuelang Auto Parts Co., LTD and Amazing Parts Warehouse, are hereby permanently enjoined, and their affiliates and subsidiaries, and each of their officers, agents, servants, employees, successors, and assigns, and all others in concert and privity with them from importing, selling or offering for sale the *Pair of Bed Rail Stake Pocket Covers* and any colorable imitations thereof sold under any different name in the United States; and

d)  Plaintiff's award of money damages in this default judgment **Total $ 1,424,070.00** as follows:

    1.  Lost Profits – $ 470,020.00
    2.  Treble Damages as infringement of patent and Trade dress was willful (add 2 times) – $ 940,040.00
    3.  Attorney Fees – $ 13,610.00.
    4.  Court Costs - $ 400.00

IT IS SO ORDERED.

Date:  8/15/2019

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF

**Wuhu Xuelang Auto Parts Co., Ltd**
No. 518 Third Xi Zhi Road
Wuhu, Anhui, 241000, People's Republic of China

**Amazing Parts Warehouse**
172 Trade Street
Lexington, KY 40511