UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ENGINEERED BY SCHILDMEIER, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-03239-RLY-MJD |
| ) | |
| WUHU XUELANG AUTO PARTS CO., ) | |
| LTD, ) | |
| AMAZING PARTS WAREHOUSE, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

Consistent with the granting of Plaintiff's Motion for Default Judgment, the court now enters final judgment in favor of the Plaintiff and against the Defendants.

**SO ORDERED** this 15th day of August 2019.

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Service by U.S. Mail:
**Amazing Parts Warehouse**
172 Trade Street
Lexington, KY 40511

**Wuhu Xuelang Auto Parts Co., Ltd**
No. 518 Third XiZhi Road
Wuhi,
Anhui Province
241000
People's Republic of China

1